JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL T. McADAMS, <br>     Plaintiff, <br>     vs. <br> JNJW ENTERPRISES, INC., et al., <br>     Defendants. | Case No.: CV 13-8226 DSF (SHx) <br><br> JUDGMENT |

    The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/4/13

                                                   Dale S. Fischer <br>
                                      United States District Judge